Date of Arrest: **08/01**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Sebastian BALVANEDA-Garcia<br>AKA: None Known<br>098922234<br>YOB: 1978<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 20-1259MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a),<br>enhanced by (b)(1) (Re-Entry After Removal),<br>Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 01, 2020 Defendant Sebastian BALVANEDA-Garcia, an alien, was found in the United States at or near San Luis, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of San Ysidro, California, on or about March 23, 2010. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA John Ballos
JWL for John Ballos

_____
Signature of Complainant
Christopher Bellezza
Border Patrol Agent

Sworn to before me and subscribed telephonically ~~in my presence~~,

August 03, 2020     at     Yuma, Arizona
Date                               City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer                    Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Sebastian BALVANEDA-Garcia
AKA: None Known
098922234

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 01, 2020, near San Luis. Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks. agents determined the Defendant was first ordered removed at or near Eloy. Arizona on or about January 10. 2006. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about March 23. 2010. through the port of San Ysidro, California. subsequent to a conviction in an United States District Court, District of Arizona on or about November 03, 2008, for the crime of Re-Entry of Removed Alien, a felony.

Agents determined that on or about August 01. 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Border Patrol Agent Nicholas DiRienzo and Border Patrol Agent Armando Guerrero.

To the best of my knowledge and belief. the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest. search. proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Border Patrol Agent Jeffery Clor.

_____
Signature of Complainant

Sworn to before me and subscribed *telephonically* ~~in my presence~~,

August 03, 2020
Date

_____
Signature of Judicial Officer

## *Probable Cause Statement*

*I, BORDER PATROL AGENT Christopher Bellezza, declare under penalty of perjury, the following is true and correct:*

| | |
|---|---|
| Defendant: | Sebastian BALVANEDA-Garcia |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on two 2 previous occasions. The Defendant has been removed a total of one time. |

### CRIMINAL HISTORY:

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 11/03/2008 | Phoenix, Arizona | 8 USC 1326 | 24 Months, 3 Year Probation |

Narrative:

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 01, 2020, near San Luis, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Eloy, Arizona on or about January 10, 2006. The Defendant has been removed on two previous occasions. The Defendant was most recently removed on or about March 23, 2010, through the port of San Ysidro, California, subsequent to a conviction in an United States District Court, District of Arizona on or about November 03, 2008, for the crime of Re-Entry of Removed Alien, a felony.

Agents determined that on or about August 01, 2020, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: Border Patrol Agent Nicholas DiRienzo and Border Patrol Agent Armando Guerrero.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: Border Patrol Agent Jeffery Clor.

*Executed on:* __August 02, 2020__        *Time:* __07:25 AM MST__

*Signed:* __Christopher Bellezza, BORDER PATROL AGENT__     *[signature]*